

FILED
NOV 19 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ANTONIO GUTIERREZ-GARCIA [1],<br><br>                    Defendant. | CASE NO. 12cr3907-BTM<br><br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case(12CR4257-BTM) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

  21 U.S.C. 841 - Possession of Methamphetamine with Intent to

  Distribute.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 16, 2012

                                        Barry Ted Moskowitz
                                        U.S. District Judge